```
                                                                    FILED
                                                                 May 31, 2012
                                                             CLERK, US DISTRICT COURT
                                                              EASTERN DISTRICT OF
                                                                   CALIFORNIA
                                                                    DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 2:12-cr-00195-GEB |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | ORDER FOR RELEASE OF |
| AVGAN NERSESYAN, | ) | PERSON IN CUSTODY |
| Defendant. | ) | |
| | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release AVGAN NERSESYAN, Case No. 2:12-cr-00195-GEB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_\_   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $25,000.00.

    _X_   Co-Signed Unsecured Appearance Bond

    \_\_\_   Secured Appearance Bond

    _X_   (Other) Conditions as stated on the record.

    _X_   (Other) Unsecured bond paperwork to be filed by 06/07/2012.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  5/31/2012  at  2:34pm.

By _____
Edmund F. Brennan
United States Magistrate Judge